Timothy R. Sullivan   #128467
McLAUGHLIN SULLIVAN LLP
1396 W. Herndon, Suite 106
Fresno, California 93711
Tel: (559) 439-8200
Fax: (559) 439-8230

Attorneys for Defendants ZURICH AMERICAN INSURANCE COMPANY and MARYLAND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS and KATHLEEN CURTIS,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, MARYLAND CASUALTY COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:06-CV-00053-OWW-LJO<br><br>**STIPULATION TO CONTINUE DATES AND REVISED SCHEDULING CONFERENCE ORDER THEREON**<br><br>[E.D. Rule 56-260] |

Plaintiffs ALBERT GEORGE CURTIS and KATHLEEN CURTIS and Defendants ZURICH AMERICAN INSURANCE COMPANY and MARYLAND CASUALTY COMPANY, by and through their respective counsel, hereby stipulate to continue and reschedule the date for filing and hearing non-dispositive motions as set in the Court's Scheduling Order signed May 7, 2006. For ease of reference, the former dates and new dates are set forth below:

///

///

///

///

STIPULATION TO CONTINUE DATES AND REVISED SCHEDULING CONFERENCE ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

| | FORMER DATE | NEW DATE |
|---|---|---|
| NON-DISPOSITIVE MOTION FILING DEADLINE | 12/15/06 | **12/15/06** |
| NON-DISPOSITIVE MOTION HEARING DATE | 01/05/07 | **1/19/2007 AT 9:00 A.M. in Courtroom 8** |

Good cause exists for this stipulated continuance to permit the parties more time to resolve discovery issues; the parties have narrowed the issues, and Plaintiffs have agreed to supplement certain responses, but require more time to do so, while Defendants do not wish to waive the right to file a motion to compel if answers are not provided or if supplemental answers prove to be inadequate. Continuance of the filing and hearing deadline should allow the parties time to work these issues out without the need to file a motion to compel and involve the Court in these issues.

Dated: November __, 2006                McLAUGHLIN SULLIVAN LLP


By: _____
Timothy R. Sullivan
Attorneys for Defendants
ZURICH AMERICAN INSURANCE COMPANY and MARYLAND CASUALTY COMPANY


Dated: November __, 2006                BARBARA COFFMAN


By: _____
Barbara Coffman
Attorneys for Plaintiffs
ALBERT GEORGE CURTIS and KATHLEEN CURTIS


**IT IS SO ORDERED THAT** the dates set forth above be, and hereby are, adopted by the Court.

Dated: _December 5,__, 2006         _/s/ OLIVER W. WANGER_____
Hon. Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

00011736.000.DOC

PDF created with pdfFactory trial version www.pdffactory.com