1  Timothy R. Sullivan    #128467
   McLAUGHLIN SULLIVAN LLP
2  1396 W. Herndon, Suite 106
   Fresno, California 93711
3  Tel: (559) 439-8200
   Fax: (559) 439-8230
4

5  Attorneys for Defendants ZURICH AMERICAN INSURANCE COMPANY and MARYLAND CASUALTY COMPANY

6

7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

| ALBERT GEORGE CURTIS and KATHLEEN CURTIS,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, MARYLAND CASUALTY COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:06-CV-00053-OWW-NEW (TAG)<br><br>JUDGMENT |
|---|---|

This action came on for hearing before the Court on January 22, 2007, Hon. Oliver W. Wanger, District Judge Presiding, on a Motion for Summary Judgment. The evidence presented having been fully considered, the issues having been duly heard and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that the plaintiffs ALBERT GEORGE CURTIS and KATHLEEN CURTIS take nothing, that the action be dismissed on the merits and that defendants ZURICH AMERICAN INSURANCE COMPANY and MARYLAND CASUALTY COMPANY recover their costs.

Dated: 5/3/07                              /s/ Oliver W. Wanger
                                           Hon. Oliver W. Wanger
                                           United States District Judge

JUDGMENT

PDF created with pdfFactory trial version www.pdffactory.com