FILED

JUN - 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

Timothy R. Sullivan    #128467
McLAUGHLIN SULLIVAN LLP
1396 W. Herndon, Suite 106
Fresno, California 93711
Tel: (559) 439-8200
Fax: (559) 439-8230

Attorneys for Defendants ZURICH AMERICAN INSURANCE COMPANY and MARYLAND CASUALTY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GEORGE CURTIS and KATHLEEN CURTIS,<br><br>Plaintiffs,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, MARYLAND CASUALTY COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:06-CV-00053-OWW-NEW (TAG)<br><br>AMENDED JUDGMENT |

This action came on for hearing before the Court on January 22, 2007, Hon. Oliver W. Wanger, District Judge Presiding, on a Motion for Summary Judgment. The evidence presented having been fully considered, the issues having been duly heard and a decision having been rendered,

IT IS ORDERED AND ADJUDGED that the plaintiffs ALBERT GEORGE CURTIS and KATHLEEN CURTIS take nothing, that the action be dismissed on the merits and that defendants ZURICH AMERICAN INSURANCE COMPANY and MARYLAND CASUALTY COMPANY recover their costs in the amount of Six Hundred Eighty Dollars And No Cents ($680.00).

Dated: 5-30-____, 2007

_____
Hon. Oliver W. Wanger
United States District Judge

00013982.000.DOC